AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:02-cr-41-T-26TGW |
| ANDRE BILLY FELDER | USM Number: 40137-018 |
| | |
| | Adan Tanenbaum, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1 & 2_ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to notify ten days prior to any change of residence | Jan. 10, 2009 |
| 2. | Failure to reside in a Residential re-entry Center (RRC) | Sept. 12, 2008 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 15, 2009
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Date: May 15, 2009

Defendant: <u>Andre Billy Andre</u>  Judgment - Page <u>2</u> of <u>2</u>
Case No.: <u>8:02-cr-41-T-26TGW</u>

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS.**

<u>  X  </u> The Court makes the following recommendations to the Bureau of Prisons: That the Defendant be evaluated & placed in a mental facility.

<u>  X  </u> The defendant is remanded to the custody of the United States Marshal and Recommends that the Defendant and Mr Robert McGill an inmate at the Pinellas County Jail be kept separated from each other, and that the Defendant be transported to a Federal mental facility as soon as possible.

_____ The defendant shall surrender to the United States Marshal for this district:

___ at _____ a.m.   p.m.   on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

___ before 2 p.m. on _____.

___ as notified by the United States Marshal.

___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL